[No. 11987–1–II.   Division Two.   November 14, 1989.]

GLENN GALBREATH, ET AL, *Appellants,* v. PIERCE TRANSIT
AUTHORITY, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce

County, No. 83-2-03228-2, Arthur W. Verharen, J., entered April 22, 1988. *Affirmed* by unpublished opinion per Schumacher, J. Pro Tem., concurred in by Dolliver and Pearson, JJ. Pro Tem.